FILED
Feb 08 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ Lillianac DEPUTY

Grace Sandoval
759 Eighth Avenue
San Diego, CA 92101
Phone Number: (619) 727-1719

Email: lupegraciela2014@gmail.com

GRACE SANDOVAL

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO**

GRACE SANDOVAL

Plaintiff(s),

vs.

SHIFT TRANSMISSIONS

Defendant(s).

Case No. '18CV0305 JLS JLB

Owner's Jose & Triny of business, Shift Transmission's, 9518 Jamacha Blvd, Springe Valley, California 91977 caused damage to my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411, Black Color at their business on May 15, 2017 and May 16, 2017. Jose & Triny owner's of Shift Transmission's stold a part anxle bar to my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411 that was an original bar between the two front tires of my car and replaced the bar that was not identical to original bar when purchased new at Pacific Honda, Convoy Avenue, San Diego, California on July 17, 2002. The bar was replaced with a very thin, cheap bar that caused my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411 to shake tremendously on the highway, freeway, etc. and unsafe to drive. Owner of Shift Transmissions, 9518 Jamacha Blvd,

Grace Sandoval
759 Eighth Avenue
San Diego, CA 92101
Phone Number: (619) 727-1719

Email: lupegraciela2014@gmail.com

GRACE SANDOVAL

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO**

GRACE SANDOVAL

Plaintiff(s),

vs.

SHIFT TRANSMISSIONS

Defendant(s).

Case No.

Owner's Jose & Triny of business, Shift Transmission's, 9518 Jamacha Blvd, Springe Valley, California 91977 caused damage to my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411, Black Color at their business on May 15, 2017 and May 16, 2017. Jose & Triny owner's of Shift Transmission's stold a part anxle bar to my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411 that was an original bar between the two front tires of my car and replaced the bar that was not identical to original bar when purchased new at Pacific Honda, Convoy Avenue, San Diego, California on July 17, 2002. The bar was replaced with a very thin, cheap bar that caused my car, 2002, Honda, Civic, Lx, License Plate Number 4YPB411 to shake tremendously on the highway, freeway, etc. and unsafe to drive. Owner of Shift Transmissions, 9518 Jamacha Blvd,

Spring Valley, California, 91977 Jose and Trini told me, Grace Sandoval owner of car, auto, vehicle, 2002 Honda, Civic, Lx, License Plate Number 4YPB411, black color that the rubber part of the bar was torn and the entire bar had to be replaced. Jose and Trini are involved in grand theft auto with Francisco Nungaray also known as Ruben Nungaray, Pancho Nungaray, Jesus Nungaray and his relatives including niece Irma Rodriguez also known as Irma Clark that lives in Escondido, California, San Diego County, California, United States. Jose and Trini are involved in Grand Theft Auto in the United States with stolen bars, original bars, axles in the front of the car, auto, vehicles. The very thin, cheap bars, axles used to replace the original bars, axles of cars, autos, vehicles are manufactured in Mexico. The very thin, cheap bars also known as axles are used in auto repairs in various counties in California including in San Diego County, California, United States by a group of illegals, refugees from La Mesa Prison, Tijuana, Mexico that live in the United States illegally and sold fraud, false alien cards also known as Green Cards and also sold fraud, false birth certificates for cash money only by Ernesto Nungaray and his siblings and father Roberto Nungaray Senior that lives in Mexicali, Mexico. Ernesto Nungaray is joined with Irma Mendibles and Ricardo Castaneda in fraud in the United States including Grand Theft Auto in various counties in California including in Los Angeles, California with Rogelio Pina and his brother Manuel Pina and sister Eva Pina that all live in Pomona, California, Los Angeles County, California, United States. Ernesto Nungaray is joined with his brother Ricardo Nungaray in vandalizing cars, autos, vehicles in various counties in California, United States including in Imperial County, California and San Diego County, California, United States by the many illegals, orphans, refugees from La Mesa Prison, Tijuana, Mexico that are sold fraud, false alien cards also known as Green Cars and fraud, false birth certificates and many other fraud, documents including stolen documents used illegally to invade the United States by millions of illegals from Mexico and other countries in the world including from Vietnam. Ernesto Nungaray is involved in fraud, false identifications from the department of motor vehicles in various counties in California, United States with his relative, aunt Lupe Nungaray also known as Lupe Pina, Guadalupe Pina that lives at house, address 5902 Adele Avenue, Whittier, California, Los Angeles County, California, United States. Lupe Nungaray also known as Lupe Pina, Gudalupe Pina is joined with her many children born out of wedlock, rape,

etc. including children that are refugees from La Mesa Prison, Tijuana, Mexico that are all sold fraud, false alien cards also known as green cards by Roberto Nungaray Senior and his family of eight children, five son's and three daughter's that live in Mexicali, Mexico in one acre purchased with stolen money from me, Grace Sandoval also known as Grace Slali, Lupe Graciela Sandoval and from my husband Jesse Diaz Slali that lived in house, address 3736 Ray Street, San Diego, California, 92014 from May 1982 to December 1984 to purchase one acre in Mexicali, Mexico as a group of other person's including Daryl Hall, Nancy Robles also known as Natalia Sandoval, Fatima Arredondo also known as Fatima Slali, Fatima Diaz, Filomena Dutra also known as Filomena Sandoval, Filomena Nungaray, Filomena Gonzalez, Fred Beltran, etc. that had new houses built new on the land, acreage in the United States and Mexico. Roberto Nungaray Senior was born in Tehachapi, California, Kern County, California, United States. Roberto Nungaray Senior is the brother of Francisco Nungaray also known as Ruben Nungaray, Pancho Nungaray, Jesus Nungaray that lives at house, address 145 Tenth Avenue, Escondido, California, San Diego County, California, United States. Francisco Nungaray also known as Ruben Nungaray, etc. is joined with Shift Transmissions, 9518 Jamacha Blvd, Spring Valley, California, 91977, San Diego County, California, United States in fraud, including stolen parts from cars, autos, vehicles, etc. including bars also known as axles in the United States including at Shift Transmissions, 9518 Jamacha Blvd, Spring Valley, California, 91977 on May 15, 2017 and May 16, 2017 to my car, auto, vehicle, etc. 2002 Honda, Civic, Lx, License plate number 4YPB411. Francisco Nungaray also known as Ruben Nungaray, Pancho Nungaray, Jesus Nungaray is involved in vandalizing cars in the United States and Mexico with his siblings including brother Roberto Nungaray Senior and his eight children, five son's and three daughter's that live in Mexicali, Mexico and visit regularly in the United States in various counties in California including in Imperial County, California, Brawley, California, Imperial, California, El Centro, California, Westmorland, California, etc. where my relatives live including my mother Filomena Dutra also known as Filomena Sandoval, Filomena Nungaray, Filomena Gonzalez that lives at house, address 296 W. First Street, Westmorland, California, 92281, Imperial County, California, United States. My relative, mother Filomena Dutra etc has lived in Westmorland, California, Imperial County, California, United

States since 1958 or since I, Grace Sandoval also known as Grace Slali, Lupe Graciela Sandoval was born on May 31, 1958, born in Orange, California, Orange County, California, United States. My mother Filomena Dutra, etc. has five children, son Sergio Sandoval, four daughter's, daughter Nancy Robles also known as Natalia Sandoval, myself, daughter Grace Sandoval also known as Grace Slali, Lupe Graciela Sandoval, daughter Irma Peraza also known as Irma Sandoval, daughter Diane Cooper also known as Diane Sandoval. My mother Filomena Dutra five children are invaded by her siblings involved in crime in the United States including fraud, alien cards also known as Green Cards sold for cash money only in Mexico and in the United States by him, Roberto Nungaray senior and his family of eight children, five son's and three daughter's that all live in Mexicali, Mexico in conjunto urbano area, live in one acre purchased with stolen money from me, Grace Sandoval also known as Grace Slali, Lupe Graciela Sandoval and from my husband Jesse Diaz Slali, Bank of America, Bank Account, University Avenue, San Diego, California, 92104, United States from May 1982 to December 1984 and before and after that date. Roberto Nungaray senior and his family of eight children are involved in fraud, bars, axles manufactured in Mexico used to steal cars, autos, vehicles, etc. in the United States that are replaced illegally in auto repair shops, etc. including with relative, brother Francisco Nungaray also known as Ruben Nungaray, Pancho Nungaray, Jesus Nungaray that was employed a auto repair mechanic to repair transmissions in Mexico and in the United States and had several business including in Imperial County, California, in El Centro, California and in Orange County, California, in Santa Ana, California and also in San Diego County, California, in Escondido, California and in Mexicali, Mexico where he was born. Francisco Nungaray aka: Ruben Nungaray, Pancho Nungaray, Jesus Nungaray has many children born out of wedlock, rape, etc. that live illegally in the United States including in Westmorland, California, Imperial County, California, United States, Jose Castellanos that is also employed with fraud in law enforcement in Westmorland, California, Imperial County, California, United States as several others including Fred Beltran that were both arrested in Mexico for drug smuggling illegal drugs, heroin, cocaine, marijuana,etc. and chemicals from Mexicali, Mexico, Tijuana, Mexico, etc. to the United States and were in prison for ten years as a group of others called the cartel by the group of orphans born in the state of Arizona involved in the drug

smuggling illegal drugs, heroin, cocaine, marijuana, etc. and chemicals from Mexicali, Mexico, from seven acres purchased by my relative, grandfather Jesus Nungaray also known as Jesus Gonzalez and his family of nine children, five son's and four daughter's including daughter, Filomena Dutra also known as Filomena Sandoval, Filomena Nungaray, Filomena Gonzalez. The nine acres in Mexicali, Mexico are more than fifty miles from the border to the United States. The nine acres were used for farming in Mexicali, Mexico by my relative, grandfather Jesus Nungaray aka: Jesus Gonzalez and his family of nine children. My relative, grandfather Jesus Nungaray aka: Jesus Gonzalez also purchased many other land,acreage in Mexicali, Mexico including five acres near the the border, near the all American Canal where the five acres has three houses only where he and his family of nine children and wife and parents and other relatives lived for many years and also where he used the five acres to farm. The group of orphans born in the state of Arizona that live in the state of California including in San Diego County, California, United States are also involved in Grand Theft Auto with Roberto Nungaray Senior and his eight children, five son's and three daughter's and with Roberto Nungaray siblings including brother Francisco Nungaray aka: Ruben Nungaray, Pancho Nungaray, Jesus Nungaray, sister Lupe Nungaray aka: Lupe Pina, Guadalupe Pina that live in the United States with fraud, false alien cards also known as green cards and other documents that have been in the courts in the United States and Mexico and the fraud continues to this date to me, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and to my family, two daughter's Priscella Slali also known as Priscella Danko, Priscella Barnhart and daughter Corina Slali also known as Corina Peck, Corie Peck, Corie Slali, etc. that live in San Diego County, California, United States. Donald Hildre also known as Donald Loughner is an orphan born in the state of Arizona that lives at house, address 3443 Curtis Street, San Diego, California, United States with his wife Carol Hildre also known as Merilee Fogerty for thirty five years or since 1982. Donald Hildre is joined with Lupe Nungaray aka Lupe Pina, Guadalupe Pina and her ex husband Rogelio Pina and his brother Manuel Pina and sister Eva Pina in Grand Theft Auto in Los Angeles County, California, United States for fifty years or more including with fraud, bars, axle manufactured in Mexico used to replace the original bars, axles in cars, autos, vehicles, etc. including of all relatives of Roberto Nungaray Senior, Francisco Nungaray, Lupe Nungaray aka:

Lupe Pina, Guadalupe Pina. Lupe Nungaray aka: Lupe Pina, Guadalupe Pina demands her children, born premature with the drug provera that lived in La Mesa Prison, Tijuana, Mexico and live in the United States illegally, sold fraud, alien cars aka green cards to attack me, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and my family of two daughter's Priscella Slali and Corina Slali that live in San Diego County, California, United States to break the human jaw, teeth, esophagus, etc. and other bones in the human body to cause injuries including fractures. Lupe Nungaray aka: Lupe Pina, Guadalupe Pina is involved in fraud, false identifications from the department of motor vehicles in various counties in California including in Los Angeles County, California, San Diego County, California, Imperial County, California, etc. United States with Sandra Murillo also known as Sandra Salazar and her husband Manuel Murillo that live at house address 6881 Mohawk Street, San Diego, California, San Diego County, California, United States since 1982 or for 35 years. Manuel Murillo is employed for the Department of Motor Vehicles, Normal Avenue, San Diego, California, United States with fraud from Henry Graham and his sister that is also employed at the Department of motor vehicles, Derrick, San Diego, California, San Diego County, California, United States. Henry Graham and his sister are children of an orphan couple born in the state of Arizona that live in Westmorland, California, Imperial County, California, United States. Henry Graham and his wife Sandra Graham aka: Sandra Johnson live in Westmorland, California, Imperial County, California, United States. Henry Graham is the mayor of Westmorland, California. Henry Graham is joined with his male friend Steve Meyer in grand theft auto in the United States and Mexico with Roberto Nungaray senior and his family of eight children, five son's and three daughter's. Henry Graham and Steve Meyers are joined with Daryl Hall and his brother's Jeffrey Hall, Eric Hall and sister Tammy Hall in Grand Theft Auto in San Diego County, California, United States including in Leucadia, California where they live with fraud, false alien cards also known as green cards from Roberto Nungaray senior and family. Henry Graham is joined with Irma Mendibles and Ricardo Castaneda in drug smuggling illegal drugs, heroin, cocaine, marijuana, etc. and chemicals from Mexicali, Mexico to the United States including to downtown, San Diego, California to the homeless that live on the streets and live in emergency shelters including emergency shelters of catholic charities of San Diego, California, United States

including at St. Vincent de Paul, 1501 Imperial Avenue, San Diego, California, 92101, United States that has several building's including the Paul Mirabile Center, Bishop Maher Center, etc. near. Many of the homeless in downtown, San Diego, California are refugees from La Mesa Prison, Tijuana, Mexico that live in emergency shelters in Imperial County, California, United States called Tins including in Brawley, California that were sold fraud, alien cards aka green cards by Roberto Nungaray senior and his family of eight children, five son's and three daughter's. Roberto Nungaray senior and his family of eight children, five son's and three daughter's are involved in drug smuggling illegal drugs, heroin, cocaine, marijuana, etc.and chemicals from Mexicali, Mexico to his siblings that live in the United States with fraud, alien card aka green cards including to relative brother Francisco Nungaray aka: Ruben Nungaray, Pancho Nungaray, Jesus Nungaray that has been arrested twice for drug smuggling illegal drugs, heroin, cocaine, marijuana, etc. and chemicals from Mexicali, Mexico to the United States and has been to prison for fifteen years. Doanld Hildre is involved in grand theft auto with Rogelio Pina and his brother Manuel Pina and sister Eva Pina that live in Pomona, California, Los Angeles County, California, United States for thirty five years or since 1985. Rogelio Pina is employed for Waste Management in Pomona, California, Los Angeles County, California, United States. Rogelio Pina is demanded to torture the public with Waste Management truck including to me, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and to my family, two daughter's Priscella Slali and Corina Slali. Rogelio Pina lives in the United States with fraud, false alien card aka green card from Roberto Nungaray senior and his family of eight children. Roberto Nungaray Senior and his family of eight children are involved in invading the United States with fraud, alien cards aka green cards and also fraud, false birth certificates sold for cash money only by several persons in the United States and Mexico including by Henry Graham the mayor of Westmorland, California, Imperial County, California, United States that is joined with his father in law Michael Wagner aka: Richard Johnson an orphan born in Imperial County, California, United States that lives on Palm Avenue, La Mesa, California, San Diego County, California, United States near his male friend, Patrick Higgins also an orphan born in Imperial County, California, United States that also lives in house on Palm Avenue, La Mesa, California, San Diego County, California, United States since for 42 years or since 1975.

Michael Wagner aka: Richard Johnson and Patrick Higgins are involved with Donald Hildre and his wife Carol Hildre aka Merilee Fogerty in Grand Theft Auto in the United States and Mexico. Patrick Higgins stold money, five thousand dollars from me, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and husband Jesse Diaz Slali, Bank of America, bank account, University Avenue, San Diego, California, United States from May 1982 to December 1984 with fraud, false identifications from the department of motor vehicles used by Nancy Robles aka Natalia Sandoval that lives in Westmorland, California, Imperial County, California, United States. Patrick Higgins used the five thousand dollars stolen from me, Grace Sandoval and my husband Jesse Slali bank, Bank of America, University Avenue, San Diego, California, 92104 to purchase several real properties, building to start a business including at Mission Hills Health Care Center, Frasier Intermediate care, Jesse Polinsky Children Center in San Diego, California, United States since 1982 or thirty five years ago. Patrick Higgins and his male friend Micahel Wagner aka: Richard Johnson are joined with a group of orphans born in the state of Arizona in fraud in real estate, real properties in the state of California including with Donald Hildre aka: Donald Lougher and his wife Carol Hildre aka: Merilee Fogerty that live at house, address 3443 Curtis Street, San Diego,California, United States. I, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and my husband Jesse Diaz Slali and our family of two children, two daughter's Priscella Slali and Corina Slali have not collected any money stolen from our bank's, bank account's in San Diego, California, United States by a group of people involved in stealing money with fraud, false identifications from the department of motor vehicles that planned to invade me, Grace Sandoval etc and my husband and family when we lived in house, address 3736 Ray Street, San Diego, California, United States from May 1982 to December 1984. The group of person's where joined with Mike Reynolds aka Miguel Ruiz and his sister and wife Connie Solano and their relatives including nephew Louie Solano, neice Diane Solano aka: Diane Batt, etc. in fraud in real estate, real properties, house, land, acreage, building, trailer, etc. with Linda Rodriguez aka: Linda Ronco and husband Ronald Ronco aka: Tom Hall ex husband of Patty Hall both orphans born in San Diego, California, United States. Carol Hildre aka: Merilee Fogerty has two children born to Irma Rodriguez aka: Irma Clark and Donald Hildre aka: Donald Loughner. Francisco Nungaray aka:

Ruben Nungaray, Pancho Nungaray, Jesus Nungaray and his wife Julie Nungaray have two children born to Irma Rodriguez aka; Irma Clark. Irma Rodriguez aka: Irma Clark lives in the United States illegally with fraud, false alien card also known as green card. Irma Rodriguez aka: Irma Clark lives at house, address 510 Lehner Avenue, Escondido, California, San Diego County, California, United States. Irma Rodriguez aka: Irma Clark and her husband Joe Clark are involved with both Francisco Nungaray and Donald Hildre in drug smuggling illegal drugs, heroin, cocaine, marijuana, etc. and chemicals from Mexicali, Mexico and from Tijuana, Mexico, etc. to the United States. Irma Rodriguez aka: Irma Clark is joined with her relatives including aunt Lupe Nungaray aka: Lupe Pina, Guadalupe Pina in grand theft auto in downtown, San Diego, California, United States with Jose Reyes and Gary Lennon employed at the United States Navy, 32nd Street, San Diego, California, United States that previously lived at St. Vincent De Paul, 1501 Imperial Avenue, San Diego, California, 92101. All persons involved in grand theft auto in the United States and Mexico are demanded by Lupe Nungaray aka: Lupe Pina, Guadalupe Pina to murder me, Grace Sandoval aka: Grace Slali, Lupe Graciela Sandoval and to murder my family, two daughter's Priscella Slali and Corina Slali that are all victims of rape by Lupe Nungaray aka: Lupe Pina, Guadalupe Pina and Irma Rodriguez aka: Irma Clark and others involved in welfare fraud from Carol Hildre aka: Merilee Fogerty and her ex husband Leonard Fink that were previously employed for the welfare department, 73rd Street, San Diego, California, United States with Daryl Hall and his wife Sara Hall aka: Refujia Castellanos that also live in the United States with fraud, false alien cards aka: Green cards. I, Grace Sandoval also known as Grace Slali, Lupe Graciela Sandoval agree to the Grand Jury in San Diego, California, San Diego County, California, United States regarding the fraud in San Diego County, California, Imperial County, California and other counties in California with a large group of orphans, refugees, illegals from Mexico and other countries in the world involved in stealing money from Bank's, Bank Account's with fraud, false identifications from the Department of Motor Vehicles and other fraud, false documents to purchase real properties, house, land, acreage, building, trailer, etc. paid with welfare fraud from the United States, from Carol Hildre also known as Merilee Fogerty and ex husband Leonard Fink that live in San Diego County, California, United States on welfare fraud from the Welfare Department, 73rd

Street, San Diego, California, United States where they were employed with other person's including Alan Cuthriel and mother Virginia Cuthriel, Daryl Hall and father Daryl Hall, etc. and wife Claire Hall, etc. wife of Daryl Hall name Sara Hall also known as Refujia Castellanos, Mary Angel Garcia, Jill Mellencamp also known as Maggie Dimaggio, Toni Catlina, Antionette Martinez, Raymonda Duval, Amy Duval, Carmel Lohan, etc. that were heard in the Grand Jury, San Diego, California, 92101, United States with husband Jesse Diaz Slali and family, two daughter's Priscella Slali and Corina Slali that are victims of crime in San Diego, California, United States. I, Grace Sandoval am also known as Grace Slali, Lupe Graciela Sandoval agree to the Grand Jury in San Diego, California with the same group of person's involved in crime with my husband Jesse Diaz Slali that deceased on September 6, 2007.

DATED: FEBRUARY 8, 2018

Grace G Sandoval
GRACE SANDOVAL